Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before BENAVIDES, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Jesus Jose Gasca appeals the sentence of 42 months of imprisonment imposed following his guilty-plea conviction of illegal reentry into the United States following deportation. *See* 8 U.S.C. § 1326(a), (b). According to Gasca, the district court erred in treating his 2004 conviction under Texas Penal Code § 30.02 as a crime of violence because, under *Mathis v. United States*, — U.S. —, 136 S.Ct. 2243, 195 L.Ed.2d 604 (2016), § 30.02 is indivisible and not categorically a crime of violence for purposes of U.S.S.G. § § 2L1.2(b)(1)(A)(ii). We review the district court's interpretation or application of the Sentencing Guidelines de novo. *United States v. Cisneros-Gutierrez*, 517 F.3d 751, 764 (5th Cir. 2008).

The Texas burglary statute, § 30.02(a) has three subsections, and we have held that an offense under § 30.02(a)(1) qualifies as generic burglary. *See United States v. Conde-Castaneda*, 753 F.3d 172, 176 (5th Cir. 2014). Moreover, § 30.02(a) is divisible and therefore amenable to the modified categorical analysis. *Conde-Castaneda*, 753 F.3d at 176. In *United States v. Uribe*, 838 F.3d 667, 669-71 (5th Cir. 2016), *cert. denied*, — U.S. —, 137 S.Ct. 1359, 197 L.Ed.2d 542 (2017), we affirmed the continuing viability of *Conde-Castaneda* after *Mathis*. Gasca's arguments are therefore unavailing. *See id.* The judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff-Appellee**

v.

**Lucas HILL, Defendant-Appellant**

**No. 16-41241**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed May 26, 2017

Marisa J. Miller, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Lucas Hill, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lucas Hill has moved for leave to withdraw

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hill has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.